AKRON BAR ASSOCIATION *v*. PLESICH.

[Cite as *Akron Bar Assn. v. Plesich*, ___ Ohio St.3d ___, 2020-Ohio-3650.]

(No. 2019-0806—Submitted July 8, 2020—Decided July 9, 2020.)

ON APPLICATION FOR REINSTATEMENT.

———————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Gregory Thomas Plesich, Attorney Registration No. 0007642, last known business address in Akron, Ohio.

{¶ 2} The court coming now to consider its order of November 27, 2019, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent from the practice of law for a period of two years, with credit for the time served under the interim felony suspension imposed on June 15, 2018, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

{¶ 5} For earlier case, see *Akron Bar Assn. v. Plesich*, 158 Ohio St.3d 350, 2019-Ohio-4843, 142 N.E.3d 663.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

———————————